# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LANE, PIERRE | § | Case No. 14-13229 DRC |
| SPINKS, INGRID A | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/09/2014 . The undersigned trustee was appointed on 04/09/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $    42,300.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 4,295.66 |
| Bank service fees | 906.47 |
| Other payments to creditors | 9,100.67 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 27,997.20 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/19/2014 and the deadline for filing governmental claims was 09/19/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,980.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,980.00 , for a total compensation of $ 4,980.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 14.55 , for total expenses of $ 14.55 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/16/2016              By: /s/GINA B. KROL
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 14-13229 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | LANE, PIERRE | | | Date Filed (f) or Converted (c): | 04/09/14 (f) |
| | SPINKS, INGRID A | | | 341(a) Meeting Date: | 05/13/14 |
| For Period Ending: | 08/16/16 | | | Claims Bar Date: | 09/19/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1208 HAMILTON LANE, NAPERVILLE, IL | 870,678.00 | 0.00 | OA | 0.00 | FA |
| 2. 6832 S CRANDON, CHICAGO, IL 60649 | Unknown | 0.00 | OA | 0.00 | FA |
| 3. 10201 S. ST. LAWRENCE, CHICAGO, IL 60628 | Unknown | 0.00 | OA | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS  Chase Checking | 50.00 | 0.00 | OA | 0.00 | FA |
| 5. HOUSEHOLD GOODS  2 beds, 2 dressers, 2 tvs, kitchen table & chairs, dining room set, sofa, 2 chairs, cocktail table, computer and desk | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 6. WEARING APPAREL | 500.00 | 0.00 | OA | 0.00 | FA |
| 7. FURS AND JEWELRY  Misc jewelry | 50.00 | 0.00 | OA | 0.00 | FA |
| 8. STOCK  100% stock ownership of Unique Mgmt Apt, Inc. | Unknown | 0.00 | OA | 0.00 | FA |
| 9. VEHICLES  2006 Mercedes G500 | 21,614.00 | 18,000.00 | | 18,000.00 | FA |
| 10. VEHICLES  1976 Rolls Royce Silver Shadow - inoperable | 2,000.00 | 3,000.00 | | 3,000.00 | FA |
| 11. VEHICLES  1991 Porsche Carrera w/ 90,000 miles | Unknown | 19,000.00 | | 19,000.00 | FA |
| 12. VEHICLES  1972 Mercedex SEL w/ 80,000 miles - inoperable | 500.00 | 2,300.00 | | 2,300.00 | FA |
| 13. VEHICLE (u)  2006 Fort E350 super Duty Cargo Van w/ 226,000 miles | 2,480.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $898,872.00 | $42,300.00 | | $42,300.00 | Gross Value of Remaining Assets  $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: 14-13229  DRC  Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: LANE, PIERRE | Date Filed (f) or Converted (c): 04/09/14 (f) |
| SPINKS, INGRID A | 341(a) Meeting Date: 05/13/14 |
| | Claims Bar Date: 09/19/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and prepare TFR
October 16, 2014, 03:14 pm

Trustee sold various autos at auction
October 01, 2014, 04:45 pm

Initial Projected Date of Final Report (TFR): 12/31/15   Current Projected Date of Final Report (TFR): 12/31/15

/s/  GINA B. KROL
_____  Date: 08/16/16
GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-13229 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | LANE, PIERRE | | Bank Name: | ASSOCIATED BANK |
| | SPINKS, INGRID A | | Account Number / CD #: | *******7590  Checking Account |
| Taxpayer ID No: | *******4093 | | | |
| For Period Ending: | 08/16/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| * 09/10/14 | 9 | American Auction Associates, Inc. | Proceeds of sale | 1129-003 | 18,000.00 | | 18,000.00 |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount:     (       970.88 ) | 3620-003 | | | |
| | | | Costs of Sale | | | | |
| | | FIFTH THIRD BANK | Memo Amount:     (     9,100.67 ) | 4210-003 | | | |
| | | | Lien Payoff | | | | |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount:          18,000.00 | 1129-003 | | | |
| | | | Sale of '06 Mercedes | | | | |
| * 09/10/14 | 9 | American Auction Associates, Inc. | Proceeds of sale | 1129-003 | -18,000.00 | | 0.00 |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount:             970.88 | 3620-003 | | | |
| | | | Costs of Sale | | | | |
| | | FIFTH THIRD BANK | Memo Amount:           9,100.67 | 4210-003 | | | |
| | | | Lien Payoff | | | | |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount:     (     18,000.00 | 1129-003 | | | |
| | | | Sale of '06 Mercede ) | | | | |
| * 09/10/14 | 9 | American Auction Associates | Proceeds of sale | 1129-003 | 3,000.00 | | 3,000.00 |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount:     (       151.18 ) | 3620-003 | | | |
| | | | Costs of Sale | | | | |
| | | | Memo Amount:          3,000.00 | 1129-003 | | | |
| | | | Sale of '76 Rolls-Royce | | | | |
| * 09/10/14 | 9 | American Auction Associates | Proceeds of sale | 1129-003 | -3,000.00 | | 0.00 |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount:             151.18 | 3620-003 | | | |
| | | | Costs of Sale | | | | |
| | | | Memo Amount:     (     3,000.00 | 1129-003 | | | |
| | | | Sale of '76 Rolls-Royc ) | | | | |
| 09/10/14 | 9 | American Auction Associates | Proceeds of sale | | 7,991.45 | | 7,991.45 |
| | | FIFTH THIRD BANK | Memo Amount:     (     9,100.67 ) | 4210-000 | | | |
| | | | Lien Payoff | | | | |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount:     (       907.88 ) | 3620-000 | | | |
| | | | Costs of Sale | | | | |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount:          18,000.00 | 1129-000 | | | |

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-13229 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | LANE, PIERRE | | Bank Name: | ASSOCIATED BANK |
| | SPINKS, INGRID A | | Account Number / CD #: | *******7590 Checking Account |
| Taxpayer ID No: | *******4093 | | | |
| For Period Ending: | 08/16/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/10/14 | 10 | American Auction Associates | Proceeds of sale '06 Mercedes Proceeds of sale | | 2,848.82 | | 10,840.27 |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount: 3,000.00 | 1129-000 | | | |
| | | | Sale of '76 Rolls-Royce | | | | |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount: ( 151.18 ) | 3620-000 | | | |
| | | | Costs of Sale | | | | |
| 09/10/14 | 11 | American Auction Assoicates | Proceeds of sale | | 18,043.31 | | 28,883.58 |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount: ( 956.69 ) | 3620-000 | | | |
| | | | Costs of Sale | | | | |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount: 19,000.00 | 1129-000 | | | |
| | | | Proceeds of sale | | | | |
| 09/10/14 | 12 | American Auction Associates | Proceeds of sale | | 2,184.09 | | 31,067.67 |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount: 2,300.00 | 1129-000 | | | |
| | | | Proceeds of sale | | | | |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount: ( 115.91 ) | 3620-000 | | | |
| | | | Costs of Sale | | | | |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.28 | 31,036.39 |
| 10/10/14 | 030001 | American Auction Assoicates | Auctioneer Expenses per court order | 3620-000 | | 2,131.66 | 28,904.73 |
| | | 8515 S. Thomas Ave. | | | | | |
| | | Bridgeview, IL 60455 | | | | | |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.73 | 28,859.00 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.52 | 28,817.48 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.84 | 28,774.64 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.78 | 28,731.86 |
| 02/10/15 | 030002 | Adams Levine Surety Bond Agency | | 2300-000 | | 16.42 | 28,715.44 |
| | | 60 E. 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, NY 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.57 | 28,676.87 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.63 | 28,634.24 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.20 | 28,593.04 |

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-13229 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | LANE, PIERRE | Bank Name: | ASSOCIATED BANK |
| | SPINKS, INGRID A | Account Number / CD #: | *******7590 Checking Account |
| Taxpayer ID No: | *******4093 | | |
| For Period Ending: | 08/16/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.51 | 28,550.53 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.07 | 28,509.46 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.39 | 28,467.07 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.32 | 28,424.75 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.90 | 28,383.85 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.20 | 28,341.65 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.78 | 28,300.87 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.08 | 28,258.79 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.02 | 28,216.77 |
| 02/18/16 | 030003 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Acct #10BSBGR6291 | 2300-000 | | 15.92 | 28,200.85 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.24 | 28,161.61 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.87 | 28,119.74 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.46 | 28,079.28 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.74 | 28,037.54 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.34 | 27,997.20 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Account *******7590 | Balance Forward | 0.00 | | | |
| | | | 8 | Deposits | 31,067.67 | 3 | Checks | 2,164.00 |
| | | | 0 | Interest Postings | 0.00 | 22 | Adjustments Out | 906.47 |
| Memo Allocation Receipts: | 42,300.00 | | | | | 0 | Transfers Out | 0.00 |
| Memo Allocation Disbursements: | 11,232.33 | | | Subtotal | $ 31,067.67 | | | |
| | | | | | | | Total | $ 3,070.47 |
| Memo Allocation Net: | 31,067.67 | | 0 | Adjustments In | 0.00 | | | |
| | | | 0 | Transfers In | 0.00 | | | |
| | | | | Total | $ 31,067.67 | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 14-13229 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | LANE, PIERRE | Bank Name: | ASSOCIATED BANK |
| | SPINKS, INGRID A | Account Number / CD #: | *******7590 Checking Account |
| Taxpayer ID No: | *******4093 | | |
| For Period Ending: | 08/16/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ GINA B. KROL    Date: 08/16/16
GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 16, 2016 |

| Case Number: | 14-13229 | Priority Sequence | | |
|---|---|---|---|---|
| Debtor Name: | LANE, PIERRE | | Joint Debtor: | SPINKS, INGRID A |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| ADMIN 1<br>001<br>3110-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,236.80 | $2,236.80 |
| ADMIN 2<br>001<br>2100-00 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602<br>Tax Id: 99-9999999 | Administrative | | $0.00 | $4,994.55 | $4,994.55 |
| 000006<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | | $0.00 | $1,482.82 | $1,482.82 |
| 000013<br>040<br>5800-00 | ILLINOIS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Priority | | $0.00 | $12,443.03 | $12,443.03 |
| 000001<br>070<br>7100-90 | Cavalry SPV I, LLC<br>assignee of Chase Bank USA NA<br>(WAMU)<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured<br>Chase | | $0.00 | $3,920.15 | $3,920.15 |
| 000002<br>070<br>7100-00 | Internal Revenue Service<br>230 S Dearborn Street<br>District Director<br>Chicago, IL 60604 | Unsecured | | $0.00 | $22,187.01 | $22,187.01 |
| 000003<br>070<br>7100-90 | Advanta Bank Corporation<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | | $0.00 | $14,902.94 | $14,902.94 |
| 000004<br>070<br>7100-90 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured<br>Citibank #7570 | | $0.00 | $759.98 | $759.98 |
| 000005<br>070<br>7100-90 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured<br>Citibank #3081 | | $0.00 | $12,647.15 | $12,647.15 |
| 000006A<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Unsecured | | $0.00 | $1,052.92 | $1,052.92 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 16, 2016 |
|---|---|---|---|---|---|---|

| Case Number: | 14-13229 | Priority Sequence | | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | LANE, PIERRE | | | Joint Debtor: SPINKS, INGRID A | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | Associated Bank NA<br>Special Loan Group Attn: Nick Mahan<br>16 North Spring Street<br>Elgin, IL 60120 | Unsecured | | $0.00 | $606,883.96 | $606,883.96 |
| 000008<br>070<br>7100-90 | Capital One Bank (USA), N.A. by<br>American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | #5149 | $0.00 | $4,437.80 | $4,437.80 |
| 000009<br>070<br>7100-90 | Capital One Bank (USA), N.A. by<br>American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | #9728 | $0.00 | $2,285.28 | $2,285.28 |
| 000010<br>070<br>7100-90 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $9,982.14 | $9,982.14 |
| 000011<br>070<br>7100-90 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $24,680.75 | $24,680.75 |
| 000012<br>070<br>7100-90 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $11,071.72 | $11,071.72 |
| 000013A<br>080<br>7200-00 | ILLINOIS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Unsecured | | $0.00 | $2,310.19 | $2,310.19 |
| BOND<br>999<br>2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | Administrative | | $0.00 | $16.42 | $16.42 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $0.00 | $15.92 | $15.92 |
| | Case Totals: | | | $0.00 | $738,311.53 | $738,311.53 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

CREGIS2    UST Form 101-7-TFR (5/1/2011) *(Page: 10)*                                       Printed: 08/16/16 11:00 AM    Ver: 19.06a

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-13229 DRC
Case Name: LANE, PIERRE
           SPINKS, INGRID A
Trustee Name: GINA B. KROL

Balance on hand $ 27,997.20

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 4,980.00 | $ 0.00 | $ 4,980.00 |
| Trustee Expenses: GINA B. KROL | $ 14.55 | $ 0.00 | $ 14.55 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,205.00 | $ 0.00 | $ 2,205.00 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 31.80 | $ 0.00 | $ 31.80 |
| Other: Adams Levine Surety Bond Agency | $ 16.42 | $ 16.42 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 15.92 | $ 15.92 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 7,231.35
Remaining Balance $ 20,765.85

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 13,925.85  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | $ 1,482.82 | $ 0.00 | $ 1,482.82 |
| 000013 | ILLINOIS DEPT OF REVENUE BANKRUPTCY SECTION P.O. BOX 64338 CHICAGO, IL 60664-0338 | $ 12,443.03 | $ 0.00 | $ 12,443.03 |
| | Total to be paid to priority creditors | | | $ 13,925.85 |
| | Remaining Balance | | | $ 6,840.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 714,811.80  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  1.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000001 | Cavalry SPV I, LLC assignee of Chase Bank USA NA (WAMU) 500 Summit Lake Drive, Ste 400 Valhalla, NY 10595 | $ 3,920.15 | $ 0.00 | $ 37.51 |
| 000003 | Advanta Bank Corporation Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368 | $ 14,902.94 | $ 0.00 | $ 142.61 |
| 000004 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | $ 759.98 | $ 0.00 | $ 7.27 |
| 000005 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | $ 12,647.15 | $ 0.00 | $ 121.02 |
| 000007 | Associated Bank NA Special Loan Group Attn: Nick Mahan 16 North Spring Street Elgin, IL 60120 | $ 606,883.96 | $ 0.00 | $ 5,807.24 |
| 000008 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 4,437.80 | $ 0.00 | $ 42.46 |
| 000009 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 2,285.28 | $ 0.00 | $ 21.87 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 9,982.14 | $ 0.00 | $ 95.52 |
| 000011 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 24,680.75 | $ 0.00 | $ 236.17 |
| 000012 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 11,071.72 | $ 0.00 | $ 105.94 |
| 000002 | Internal Revenue Service<br>230 S Dearborn Street<br>District Director<br>Chicago, IL 60604 | $ 22,187.01 | $ 0.00 | $ 212.31 |
| 000006A | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | $ 1,052.92 | $ 0.00 | $ 10.08 |

Total to be paid to timely general unsecured creditors         $         6,840.00

Remaining Balance                                             $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 2,310.19 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013A | ILLINOIS DEPT OF REVENUE BANKRUPTCY SECTION P.O. BOX 64338 CHICAGO, IL 60664-0338 | $ 2,310.19 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE