IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **PIERRE LANE** | ) | No. 14 B 13229 |
| **INGRID SPINKS** | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:   See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on September 13, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                                              BY:/s/ Gina B. Krol
                                                                                    Ch 7 Bankruptcy Trustee

Service List:

Illinois Dept of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL   60664-0338

Calvary SPV I, LLC assignee of
Chase Bank   USA NA (WAMU)
500 Summit Lake Drive, Ste 400
Valhalla, NY   10595

Advanta Bank Corporation
Resurgent Capital Services
P.O. Box 10368
Greenville, SC 29603-0368

American Info Source LP as agent for
Midland Funding, LLC
P.O. Box 268941
Oklahoma City, OK   73126-8941

Associated Bank NA
Special Loan Group
Attn:   Nick Mahan
16 North Spring Street
Elgin, IL   60120

Capital One Bank USA NA
By American InfoSource LP as agent
P.O. Box 71083
Charlotte, NC   28272

American Express
Centurion Bank
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

American Express Bank, FS
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Internal Revenue Service
230 S Dearborn Street
District Director
Chicago, IL   60604

Alonzo Zahour
ahzlawyer@aol.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov