# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re: §
§
LANE, PIERRE § Case No. 14-13229 DRC
SPINKS, INGRID A §
§
§
    Debtors §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 843,158.00 *(Without deducting any secured claims)* | Assets Exempt: 33,600.00 |
| Total Distributions to Claimants: 29,866.52 | Claims Discharged Without Payment: 2,785,330.22 |
| Total Expenses of Administration: 12,433.48 | |

3) Total gross receipts of $ 42,300.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 42,300.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,877,734.70 | $ 9,100.67 | $ 9,100.67 | $ 9,100.67 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 12,433.48 | 12,433.48 | 12,433.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 47,689.72 | 13,925.85 | 13,925.85 | 13,925.85 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,478,663.06 | 717,121.99 | 717,121.99 | 6,840.00 |
| **TOTAL DISBURSEMENTS** | $ 5,404,087.48 | $ 752,581.99 | $ 752,581.99 | $ 42,300.00 |

　　　4) This case was originally filed under chapter 7 on 04/09/2014 . The case was pending for 32 months.

　　　5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　　6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

　　　Dated: 11/15/2016　　　　　　By:/s/GINA B. KROL
　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 42,300.00 |
| **TOTAL GROSS RECEIPTS** | | **$42,300.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank Customer Service MD1MOC2G-4050, 38 Fountain Sq Plaza Cincinnati, OH 45263 | | 9,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ocwen Loan Servicing LLC 1661 Worthington Rd Suite 100 West Palm Beach, FL 33409 | | 760,000.00 | NA | NA | 0.00 |
| | The Northern Trust 50 S LaSalle St Chicago, IL 60603 | | 394,033.70 | NA | NA | 0.00 |
| | The Northern Trust 50 S LaSalle Street Chen Atteberry Bb-Aa Chicago, IL 60603 | | 664,701.00 | NA | NA | 0.00 |
| | The Northern Trust c/o Martin Hauselman 39 S LaSalle Street Chicago, IL 60603 | | 1,050,000.00 | NA | NA | 0.00 |
| | FIFTH THIRD BANK | 4210-000 | NA | 9,100.67 | 9,100.67 | 9,100.67 |
| **TOTAL SECURED CLAIMS** | | | $ 2,877,734.70 | $ 9,100.67 | $ 9,100.67 | $ 9,100.67 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA KROL | 2100-000 | NA | 4,980.00 | 4,980.00 | 4,980.00 |
| GINA KROL | 2200-000 | NA | 14.55 | 14.55 | 14.55 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 16.42 | 16.42 | 16.42 |
| ADAMS-LEVINE | 2300-000 | NA | 15.92 | 15.92 | 15.92 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | 2600-000 | NA | 906.47 | 906.47 | 906.47 |
| COHEN & KROL | 3110-000 | NA | 1,501.81 | 1,501.81 | 1,501.81 |
| GINA KROL | 3110-000 | NA | 734.99 | 734.99 | 734.99 |
| AMERICAN AUCTION ASSOCIATES | 3620-000 | NA | 2,131.66 | 2,131.66 | 2,131.66 |
| AMERICAN AUCTION ASSOICATES | 3620-000 | NA | 2,131.66 | 2,131.66 | 2,131.66 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 12,433.48 | $ 12,433.48 | $ 12,433.48 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service 230 S Dearborn Street District Director Chicago, IL 60604 | | 9,374.83 | NA | NA | 0.00 |
| | Internal Revenue Service 230 S Dearborn Street District Director Chicago, IL 60604 | | 22,170.00 | NA | NA | 0.00 |
| 000006 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 0.00 | 1,482.82 | 1,482.82 | 1,482.82 |
| 000013 | ILLINOIS DEPT OF REVENUE | 5800-000 | 16,144.89 | 12,443.03 | 12,443.03 | 12,443.03 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 47,689.72 | $ 13,925.85 | $ 13,925.85 | $ 13,925.85 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Bank FSB c/o Zwicker and Assoc 7366 N Lincoln Ave Suite 102 Lincolnwood, IL 60712 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Markoff Krasny LLC 29 N Wacker Drive Suite 550 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Bank of America PO Box 982235 El Paso, TX 79998-2235 | | 14,193.00 | NA | NA | 0.00 |
| | Chase Card Services PO Box 15298 Wilmington, DE 19850-5298 | | 3,445.00 | NA | NA | 0.00 |
| | Chase Card Services PO Box 15298 Wilmington, DE 19850-5298 | | 17,231.00 | NA | NA | 0.00 |
| | Chase Card Services PO Box 15298 Wilmington, DE 19850-5298 | | 3,765.00 | NA | NA | 0.00 |
| | Chase/Bank One Card Service PO Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Citibank NA c/o Blitt and Gaines 661 Glenn Avenue Wheeling, IL 60090 | | 10,195.07 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citiflex CBNA PO Box 6497 IBS CDV Disputes Sioux Falls, SD 57117-6497 | | 8,430.00 | NA | NA | 0.00 |
| | City of Chicago 121 North LaSalle Room 107 Chicago, IL 60602 | | 500.00 | NA | NA | 0.00 |
| | City of Chicago Admin Hearings City Hall Room 107A 121 N LaSalle St Chicago, IL 60602 | | 1,540.00 | NA | NA | 0.00 |
| | City of Chicago c/o Talan & Ktsanes 223 W Jackson Blvd Suite 512 Chicago, IL 60606 | | 381.23 | NA | NA | 0.00 |
| | City of Country Club Hills c/o MCSI 7330 College Drive Palos Heights, IL 60463 | | 200.00 | NA | NA | 0.00 |
| | Comcast c/o Credit Management 4200 International Pkwy Carrollton, TX 75007-1912 | | 246.38 | NA | NA | 0.00 |
| | Commonwealth Edison c/o Monica Merino 3 Lincoln Center Oak Brook Terrace, IL 60181 | | 3,878.71 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois State Tollway Authority c/o NCO Financial Systems 600 Holiday Plaza Suite 300 Matteson, IL 60443 | | 29,432.00 | NA | NA | 0.00 |
| | JP Morgan Chase Bank Bankruptcy Dept 2901 Kinwest Pkwy Suite 300 Irving, TX 75063 | | 430.18 | NA | NA | 0.00 |
| | Midland Funding c/o Blatt Hasenmiller 125 S Wacker Drive Suite 400 Chicago, IL 60606 | | 11,544.21 | NA | NA | 0.00 |
| | Nicor Bankruptcy & Collections PO Box 549 Aurora, IL 60507 | | 1,600.00 | NA | NA | 0.00 |
| | Peoples Energy 130 E Randolph Dr 17th Floor Chicago, IL 60601 | | 39,144.00 | NA | NA | 0.00 |
| | SSTCIGPFICORP 4315 Pickett Road Saint Joseph, MO 64503-1600 | | 9,550.00 | NA | NA | 0.00 |
| | The Home Depot PO Box 6497 Sioux Falls, SD 57117-6497 | | 12,926.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Urban Partnership Bank PO Box 19260 Chicago, IL 60619-9820 | | 434,451.93 | NA | NA | 0.00 |
| | Urban Partnership Bank c/o Garfield and Merel 180 N Stetson Suite 1300 Chicago, IL 60601 | | 413,998.41 | NA | NA | 0.00 |
| | Urban Partnership Bank c/o Garfield and Merel 180 N Stetson Suite 1300 Chicago, IL 60601 | | 320,984.66 | NA | NA | 0.00 |
| | Urban Partnership Bank c/o Garfield and Merel 180 N Stetson Suite 1300 Chicago, IL 60601 | | 310,000.00 | NA | NA | 0.00 |
| | Urban Partnership Bank c/o Garfield and Merel 180 N Stetson Suite 1300 Chicago, IL 60601 | | 383,436.62 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage PO Box 10335 Des Moines, IA 50306 | | 12,000.00 | NA | NA | 0.00 |
| 000007 | ASSOCIATED BANK NA | 7100-000 | 371,295.66 | 606,883.96 | 606,883.96 | 5,807.24 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006A | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 1,052.92 | 1,052.92 | 10.08 |
| 000002 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 22,187.01 | 22,187.01 | 212.31 |
| 000003 | ADVANTA BANK CORPORATION | 7100-900 | 16,288.00 | 14,902.94 | 14,902.94 | 142.61 |
| 000011 | AMERICAN EXPRESS BANK, FSB | 7100-900 | 24,680.00 | 24,680.75 | 24,680.75 | 236.17 |
| 000012 | AMERICAN EXPRESS BANK, FSB | 7100-900 | NA | 11,071.72 | 11,071.72 | 105.94 |
| 000010 | AMERICAN EXPRESS CENTURION BANK | 7100-900 | NA | 9,982.14 | 9,982.14 | 95.52 |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | 735.00 | 759.98 | 759.98 | 7.27 |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | 12,503.00 | 12,647.15 | 12,647.15 | 121.02 |
| 000008 | CAPITAL ONE BANK (USA), N.A. BY | 7100-900 | 3,500.00 | 4,437.80 | 4,437.80 | 42.46 |
| 000009 | CAPITAL ONE BANK (USA), N.A. BY | 7100-900 | 2,237.00 | 2,285.28 | 2,285.28 | 21.87 |
| 000001 | CAVALRY SPV I, LLC | 7100-900 | 3,921.00 | 3,920.15 | 3,920.15 | 37.51 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013A | ILLINOIS DEPT OF REVENUE | 7200-000 | NA | 2,310.19 | 2,310.19 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,478,663.06 | $ 717,121.99 | $ 717,121.99 | $ 6,840.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-13229 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | LANE, PIERRE | | | Date Filed (f) or Converted (c): | 04/09/14 (f) |
| | SPINKS, INGRID A | | | 341(a) Meeting Date: | 05/13/14 |
| For Period Ending: | 11/15/16 | | | Claims Bar Date: | 09/19/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1208 HAMILTON LANE, NAPERVILLE, IL | 870,678.00 | 0.00 | OA | 0.00 | FA |
| 2. 6832 S CRANDON, CHICAGO, IL 60649 | Unknown | 0.00 | OA | 0.00 | FA |
| 3. 10201 S. ST. LAWRENCE, CHICAGO, IL 60628 | Unknown | 0.00 | OA | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS   Chase Checking | 50.00 | 0.00 | OA | 0.00 | FA |
| 5. HOUSEHOLD GOODS   2 beds, 2 dressers, 2 tvs, kitchen table & chairs, dining room set, sofa, 2 chairs, cocktail table, computer and desk | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 6. WEARING APPAREL | 500.00 | 0.00 | OA | 0.00 | FA |
| 7. FURS AND JEWELRY   Misc jewelry | 50.00 | 0.00 | OA | 0.00 | FA |
| 8. STOCK   100% stock ownership of Unique Mgmt Apt, Inc. | Unknown | 0.00 | OA | 0.00 | FA |
| 9. VEHICLES   2006 Mercedes G500 | 21,614.00 | 18,000.00 | | 18,000.00 | FA |
| 10. VEHICLES   1976 Rolls Royce Silver Shadow - inoperable | 2,000.00 | 3,000.00 | | 3,000.00 | FA |
| 11. VEHICLES   1991 Porsche Carrera w/ 90,000 miles | Unknown | 19,000.00 | | 19,000.00 | FA |
| 12. VEHICLES   1972 Mercedex SEL w/ 80,000 miles - inoperable | 500.00 | 2,300.00 | | 2,300.00 | FA |
| 13. VEHICLE (u)   2006 Fort E350 super Duty Cargo Van w/ 226,000 miles | 2,480.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $898,872.00 | $42,300.00 | | $42,300.00 | $0.00 |

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Ver: 19.06b

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-13229 DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | LANE, PIERRE | | Date Filed (f) or Converted (c): | 04/09/14 (f) |
| | SPINKS, INGRID A | | 341(a) Meeting Date: | 05/13/14 |
| | | | Claims Bar Date: | 09/19/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final hearing set for 10/14/16
October 11, 2016, 12:45 pm

Sent TFR To US Tee For Review August 16, 2016, 01:32 pm

Trustee to review claims and prepare TFR
October 16, 2014, 03:14 pm

Trustee sold various autos at auction
October 01, 2014, 04:45 pm

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 12/31/15

/s/  GINA B. KROL
_____ Date: 11/15/16
     GINA B. KROL

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

Ver: 19.06b

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-13229 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | LANE, PIERRE | | Bank Name: | ASSOCIATED BANK |
| | SPINKS, INGRID A | | Account Number / CD #: | *******7590  Checking Account |
| Taxpayer ID No: | *******4093 | | | |
| For Period Ending: | 11/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 09/10/14 | 9 | American Auction Associates, Inc. | Proceeds of sale | 1129-003 | 18,000.00 | | 18,000.00 |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount:     (      970.88 ) | 3620-003 | | | |
| | | | Costs of Sale | | | | |
| | | FIFTH THIRD BANK | Memo Amount:    (     9,100.67 ) | 4210-003 | | | |
| | | | Lien Payoff | | | | |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount:       18,000.00 | 1129-003 | | | |
| | | | Sale of '06 Mercedes | | | | |
| * 09/10/14 | 9 | American Auction Associates, Inc. | Proceeds of sale | 1129-003 | -18,000.00 | | 0.00 |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount:        970.88 | 3620-003 | | | |
| | | | Costs of Sale | | | | |
| | | FIFTH THIRD BANK | Memo Amount:       9,100.67 | 4210-003 | | | |
| | | | Lien Payoff | | | | |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount:    (    18,000.00 ) | 1129-003 | | | |
| | | | Sale of '06 Mercede ) | | | | |
| * 09/10/14 | 9 | American Auction Associates | Proceeds of sale | 1129-003 | 3,000.00 | | 3,000.00 |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount:     (      151.18 ) | 3620-003 | | | |
| | | | Costs of Sale | | | | |
| | | | Memo Amount:        3,000.00 | 1129-003 | | | |
| | | | Sale of '76 Rolls-Royce | | | | |
| * 09/10/14 | 9 | American Auction Associates | Proceeds of sale | 1129-003 | -3,000.00 | | 0.00 |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount:        151.18 | 3620-003 | | | |
| | | | Costs of Sale | | | | |
| | | | Memo Amount:     (     3,000.00 ) | 1129-003 | | | |
| | | | Sale of '76 Rolls-Royc ) | | | | |
| 09/10/14 | 9 | American Auction Associates | Proceeds of sale | | 7,991.45 | | 7,991.45 |
| | | FIFTH THIRD BANK | Memo Amount:    (     9,100.67 ) | 4210-000 | | | |
| | | | Lien Payoff | | | | |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount:     (      907.88 ) | 3620-000 | | | |

Page Subtotals          7,991.45          0.00

Ver: 19.06b

FORM 2 Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-13229 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | LANE, PIERRE | Bank Name: | ASSOCIATED BANK |
|  | SPINKS, INGRID A | Account Number / CD #: | *******7590  Checking Account |
| Taxpayer ID No: | *******4093 |  |  |
| For Period Ending: | 11/15/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | AMERICAN AUCTION ASSOCIATES | Costs of Sale<br>Memo Amount:       18,000.00<br>Proceeds of sale '06 Mercedes | 1129-000 |  |  |  |
| 09/10/14 | 10 | American Auction Associates | Proceeds of sale | | 2,848.82 | | 10,840.27 |
|  |  | AMERICAN AUCTION ASSOCIATES | Memo Amount:        3,000.00<br>Sale of '76 Rolls-Royce | 1129-000 |  |  |  |
|  |  | AMERICAN AUCTION ASSOCIATES | Memo Amount:    (     151.18 )<br>Costs of Sale | 3620-000 |  |  |  |
| 09/10/14 | 11 | American Auction Assoicates | Proceeds of sale | | 18,043.31 | | 28,883.58 |
|  |  | AMERICAN AUCTION ASSOCIATES | Memo Amount:    (     956.69 )<br>Costs of Sale | 3620-000 |  |  |  |
|  |  | AMERICAN AUCTION ASSOCIATES | Memo Amount:       19,000.00<br>Proceeds of sale | 1129-000 |  |  |  |
| 09/10/14 | 12 | American Auction Associates | Proceeds of sale | | 2,184.09 | | 31,067.67 |
|  |  | AMERICAN AUCTION ASSOCIATES | Memo Amount:        2,300.00<br>Proceeds of sale | 1129-000 |  |  |  |
|  |  | AMERICAN AUCTION ASSOCIATES | Memo Amount:    (     115.91 )<br>Costs of Sale | 3620-000 |  |  |  |
| 10/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 31.28 | 31,036.39 |
| 10/10/14 | 030001 | American Auction Assoicates<br>8515 S. Thomas Ave.<br>Bridgeview, IL 60455 | Auctioneer Expenses per court order | 3620-000 |  | 2,131.66 | 28,904.73 |
| 11/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 45.73 | 28,859.00 |
| 12/05/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 41.52 | 28,817.48 |
| 01/08/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 42.84 | 28,774.64 |
| 02/06/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 42.78 | 28,731.86 |
| 02/10/15 | 030002 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965 |  | 2300-000 |  | 16.42 | 28,715.44 |

Page Subtotals    23,076.22    2,352.23

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

FORM 2     Page: 3   Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-13229 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | LANE, PIERRE | | Bank Name: | ASSOCIATED BANK |
| | SPINKS, INGRID A | | Account Number / CD #: | *******7590 Checking Account |
| Taxpayer ID No: | *******4093 | | | |
| For Period Ending: | 11/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New York, NY 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.57 | 28,676.87 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.63 | 28,634.24 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.20 | 28,593.04 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.51 | 28,550.53 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.07 | 28,509.46 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.39 | 28,467.07 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.32 | 28,424.75 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.90 | 28,383.85 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.20 | 28,341.65 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.78 | 28,300.87 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.08 | 28,258.79 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.02 | 28,216.77 |
| 02/18/16 | 030003 | ADAMS-LEVINE | Acct #10BSBGR6291 | 2300-000 | | 15.92 | 28,200.85 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.24 | 28,161.61 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.87 | 28,119.74 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.46 | 28,079.28 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.74 | 28,037.54 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.34 | 27,997.20 |
| * 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 41.63 | 27,955.57 |
| * 08/23/16 | | Reverses Adjustment OUT on 08/05/16 | BANK SERVICE FEE error | 2600-003 | | -41.63 | 27,997.20 |
| 10/14/16 | 030004 | Gina Krol | Final Distribution | | | 4,994.55 | 23,002.65 |
| | | 105 W. Madison Street | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |

                         Page Subtotals     0.00     5,712.79

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-13229 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | LANE, PIERRE | | Bank Name: | ASSOCIATED BANK |
| | SPINKS, INGRID A | | Account Number / CD #: | *******7590 Checking Account |
| Taxpayer ID No: | *******4093 | | | |
| For Period Ending: | 11/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees        4,980.00 | 2100-000 | | | |
| | | | Expenses       14.55 | 2200-000 | | | |
| 10/14/16 | 030005 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | 3110-000 | | 734.99 | 22,267.66 |
| 10/14/16 | 030006 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | 3110-000 | | 1,501.81 | 20,765.85 |
| 10/14/16 | 030007 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Final Distribution | 5800-000 | | 1,482.82 | 19,283.03 |
| 10/14/16 | 030008 | ILLINOIS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Final Distribution | 5800-000 | | 12,443.03 | 6,840.00 |
| 10/14/16 | 030009 | Internal Revenue Service<br>230 S Dearborn Street<br>District Director<br>Chicago, IL 60604 | Final Distribution | 7100-000 | | 212.31 | 6,627.69 |
| 10/14/16 | 030010 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Final Distribution | 7100-000 | | 10.08 | 6,617.61 |
| 10/14/16 | 030011 | Associated Bank NA<br>Special Loan Group Attn: Nick Mahan<br>16 North Spring Street | Final Distribution | 7100-000 | | 5,807.24 | 810.37 |

Page Subtotals    0.00    22,192.28

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-13229 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | LANE, PIERRE | Bank Name: | ASSOCIATED BANK |
| | SPINKS, INGRID A | Account Number / CD #: | *******7590 Checking Account |
| Taxpayer ID No: | *******4093 | | |
| For Period Ending: | 11/15/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/14/16 | 030012 | Elgin, IL 60120<br>Cavalry SPV I, LLC<br>assignee of Chase Bank USA NA (WAMU)<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Final Distribution<br>(1-1) Cavalry SPV I, LLC as<br>assignee of Chase Bank USA, N.A (WAMU)<br>(1-1) Modified to correct creditors name on 6/23/14 (ar) | 7100-900 | | 37.51 | 772.86 |
| 10/14/16 | 030013 | Advanta Bank Corporation<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Final Distribution | 7100-900 | | 142.61 | 630.25 |
| 10/14/16 | 030014 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Final Distribution | 7100-900 | | 7.27 | 622.98 |
| 10/14/16 | 030015 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Final Distribution | 7100-900 | | 121.02 | 501.96 |
| 10/14/16 | 030016 | Capital One Bank (USA), N.A. by<br>American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution | 7100-900 | | 42.46 | 459.50 |
| 10/14/16 | 030017 | Capital One Bank (USA), N.A. by<br>American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution | 7100-900 | | 21.87 | 437.63 |
| 10/14/16 | 030018 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>(10-1) CREDIT CARD DEBT | 7100-900 | | 95.52 | 342.11 |

Page Subtotals 0.00 468.26

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-13229 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | LANE, PIERRE | Bank Name: | ASSOCIATED BANK |
|  | SPINKS, INGRID A | Account Number / CD #: | *******7590  Checking Account |
| Taxpayer ID No: | *******4093 |  |  |
| For Period Ending: | 11/15/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/14/16 | 030019 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>(11-1) CREDIT CARD DEBT | 7100-900 |  | 236.17 | 105.94 |
| 10/14/16 | 030020 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>(12-1) CREDIT CARD DEBT | 7100-900 |  | 105.94 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 42,300.00 | COLUMN TOTALS | 31,067.67 | 31,067.67 | 0.00 |
| Memo Allocation Disbursements: | 11,232.33 | Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
|  |  | Subtotal | 31,067.67 | 31,067.67 |  |
| Memo Allocation Net: | 31,067.67 | Less: Payments to Debtors |  | 0.00 |  |
|  |  | Net | 31,067.67 | 31,067.67 |  |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | NET | ACCOUNT |
| Total Allocation Receipts: | 42,300.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 11,232.33 | Checking Account - *******7590 | 31,067.67 | 31,067.67 | 0.00 |
| Total Memo Allocation Net: | 31,067.67 |  | 31,067.67 | 31,067.67 | 0.00 |
|  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      342.11

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 20)*